**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:    Mose A. Guillory and Mary Guillory v. Seaton, L.L.C., d/b/a Staff Management

Appellate case number:    01-14-00379-CV

Trial court case number:    2012-16407A

Trial court:    113th District Court of Harris County

On December 30, 2014, appellants Mose A. Guillory and Mary Guillory filed their Corrected Unopposed Motion to Postpone Oral Argument. The motion is **granted**. Oral argument will be held on **Monday, February 9, 2015**, at 10:30 a.m. An amended submission notice will be sent to the parties.

It is so ORDERED.

Judge's signature: __/s/ Harvey Brown_____

        ☑ Acting individually    ☐ Acting for the Court

Date: January 8, 2015_____